**Opinion issued July 26, 2012**



In The

# Court of Appeals
### For The
# First District of Texas

—————————

## NO. 01-12-00068-CV

—————————

**OPTIMARKET, INC., D/B/A ONE IRVING PLAZA AND D/B/A OPTIMARKET, Appellant**

**V.**

**CHAMPION ENERGY SERVICES, LLC, Appellee**

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 989393**

## MEMORANDUM OPINION

Appellant, Optimarket, Inc., d/b/a One Irving Plaza and d/b/a Optimarket,

has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file

brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Sharp, and Huddle.